IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANGELA VASQUEZ, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:08-CV-2046-M (BH) |
| § SHELBY NOWAK CHACON, *Individually* § § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant Chacon's Motion for Summary Judgment on the Issue of Qualified Immunity*, filed April 20, 2009. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Defendant's *Motion for Summary Judgment on the Issue of Qualified Immunity*, filed April 20, 2009, is **GRANTED**.

SIGNED this 20th day of July, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS